IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FINISHMASTER, INC.,**
        **Plaintiff,**

   vs.

**GMP CARS, LLC; GMP CARS COLLISION FREMONT, LLC; GMP CARS COLLISION SAN FRANCISCO, LLC, GMP CARS COLLISION SAN RAFAEL, LLC; GMP CARS COLLISION SANTA CLARA, LLC; GMP CARS COLLISION FAIRFIELD, LLC; GMP CARS COLLISION SANTA ROSA, LLC; GMP CARS COLLISION VALLEJO, LLC; and GEOFFREY PALERMO,**
        **Defendants.**

Case No.   1:20-cv-299

## DEFENDANTS' CORPORATE DISCLOSURE STATEMENT

Defendants, GMP Cars, LLC; GMP Cars Collision Fremont, LLC; GMP Cars Collision San Francisco, LLC; GMP Cars Collision San Rafael, LLC; GMP Cars Collision Santa Clara, LLC; GMP Cars Collision Fairfield, LLC; GMP Cars Collision Santa Rosa, LLC; GMP Cars Collision Vallejo, LLC; and Geoffrey Palermo (collectively, "Defendants"), by counsel, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, make the following disclosures:

1. Defendant, GMP Cars, LLC, is wholly owned by Defendant, Geoffrey Palermo, a resident of the State of California, whose address is 162 Del Oro Lagoon, Novato, CA 94949.

2. Defendant, GMP Cars Collision Fremont, LLC, is wholly owned by Defendant, Geoffrey Palermo, a resident of the State of California, whose address is 162 Del Oro Lagoon, Novato, CA 94949.

3. Defendant, GMP Cars Collision San Francisco, LLC, is wholly owned by Defendant, Geoffrey Palermo, a resident of the State of California, whose address is 162 Del Oro Lagoon, Novato, CA 94949.

4. Defendant, GMP Cars Collision San Rafael, LLC, is wholly owned by Defendant, Geoffrey Palermo, a resident of the State of California, whose address is 162 Del Oro Lagoon, Novato, CA 94949.

5. Defendant, GMP Cars Collision Santa Clara, LLC, is wholly owned by Defendant, Geoffrey Palermo, a resident of the State of California, whose address is 162 Del Oro Lagoon, Novato, CA 94949.

6. Defendant, GMP Cars Collision Fairfield, LLC, is wholly owned by Defendant, Geoffrey Palermo, a resident of the State of California, whose address is 162 Del Oro Lagoon, Novato, CA 94949.

7. Defendant, GMP Cars Collision Santa Rosa, LLC, is wholly owned by Defendant, Geoffrey Palermo, a resident of the State of California, whose address is 162 Del Oro Lagoon, Novato, CA 94949.

8. Defendant, GMP Cars Collision Vallejo, LLC, is wholly owned by Defendant, Geoffrey Palermo, a resident of the State of California, whose address is 162 Del Oro Lagoon, Novato, CA 94949.

*/s/ William M. Braman*
_____
William M. Braman, Attorney No.15124-47
LORENZO BEVERS BRAMAN & CONNELL
218 West Second Street
Seymour, IN  47274
Braman.William@outlook.com
Phone (812) 524-9000
Fax (812) 524-9001
Attorney for Defendants

## **CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing Corporate Disclosure Statement was E-filed via the Court's e-file system and served on the following counsel of record, at their email addresses of record, on this 31st day of January, 2020, Matthew B. Barr and Kelsey C. Dilday, counsel for Plaintiff.

                */s/ William M. Braman*

                William M. Braman